**J. Randolph Pickett,** OSB 721974
randy@pickettdummigan.com
**R. Brendan Dummigan,** OSB 932588
brendan@pickettdummigan.com
**Christopher A. Larsen,** OSB 910679
chris@pickettdummigan.com
**PICKETT DUMMIGAN LLP**
621 S.W. Morrison Street, Suite 900
Portland, OR 97205-3823
Telephone: (503) 223-7770
Facsimile:  (503) 227-2530

**Brian R. Whitehead,** OSB No. 833452
brian@attywhitehead.com
**LAW OFFICE OF BRIAN R. WHITEHEAD, P.C.**
1610 12th Street, S.E.
Salem, OR 97302
Telephone: (503) 364-8505
Facsimile:  (503) 364-2655

of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **ANN McKELVEY,** Personal Representative of the Estate of **WALTER RAY McKELVEY,** deceased, <br><br> Plaintiff, <br><br> v. <br><br> **DOUGLAS COUNTY SHERIFF'S OFFICE; DEPUTY SAM CLAYTON** and **DEPUTY JAYSON FORTE,** <br> Defendants. | No. 6:15-cv-00357-MC <br><br> **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |

The Court, having determined that there is no just reason for delay, hereby enters an Order that all claims asserted by plaintiff, Ann McKelvey against defendants Douglas County Sheriff's Office, Deputy Sam Clayton, and Deputy Jayson Forte are hereby dismissed with prejudice.

1 – ORDER OF DISMISSAL WITH PREJUDICE AND
    WITHOUT COSTS TO ANY PARTY

The Court further Orders that each party shall bear its own costs and fees.

DATED: _____September 26_____, 2016.

_____
Hon. Judge Michael J. McShane
U.S. District Court Judge

2 – ORDER OF DISMISSAL WITH PREJUDICE AND
    WITHOUT COSTS TO ANY PARTY